AO 98 (Rev. 01/09) Appearance Bond (Modified 02/09)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District Of Texas
FILED

DEC 17 2019

David J. Bradley, Clerk

United States of America )
v. )
) Case No. 7:19-MJ-3072-10
CHISMERE MALLARD )
*Defendant* )

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:
$ 100,000.00 , and there has been deposited in the Registry of the Court the sum of $ 5,000.00 in cash.

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 12/17/19

_____
Defendant's signature/CHISMERE MALLARD

_____  _____
Co-Suretor's signature            Co-Suretor's signature

Sworn and signed before me.

*DAVID J. BRADLEY, CLERK OF COURT*

Date: 12/17/19

_____
Janie Leyva, Deputy Clerk

Approved.

_____
J. Scott Hacker, U.S. Magistrate Judge

MCA021541

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No. **7:19-MJ-3072-010** |
| | § | |
| vs. | § | Pending in the Southern District of Texas |
| | § | |
| **CHISMERE MALLARD** | § | McAllen, Texas |

Bond Set: **$100,000.00   w/$5,000.00 Deposit**

### AFFIDAVIT OF OWNERSHIP OF SECURITY
### FOR APPEARANCE BOND

I, **VERONICA OROZCO MALLARD**, on oath hereby declare that I am the OWNER of **$5,000.00** deposited as security on the bond for the above named defendant in cash . Said deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

VERONICA OROZCO MALLARD

12/17/19

I, **VERONICA OROZCO MALLARD**, as OWNER, hereby subject said funds to the provisions of Local Rule 15 and consent and agree that in case of default or contumacy on the part of the principle, the Court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security in accordance with the owner's objection herein and award execution thereon.

_____
VERONICA OROZCO MALLARD, OWNER

SWORN TO AND SUBSCRIBED BEFORE ME ON   12/17/19

DAVID J. BRADLEY, CLERK

BY: _____
Janie Leyva